UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No. 8:17-cv-01498-JLS-DFM　　　　　　　　　　　　Date: October 11, 2017
Title: James Rutherford, et al. v. Golden Hotels, et al.

Present: **Honorable JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

　　Terry Guerrero　　　　　　　　　　　　　　　　　N/A
　　 Deputy Clerk　　　　　　　　　　　　　　　　Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFF:　　ATTORNEYS PRESENT FOR DEFENDANT:

　Not Present　　　　　　　　　　　　　　　　　Not Present

**PROCEEDINGS: (IN CHAMBERS) ORDER TO SHOW CAUSE**

　　On August 31, 2017, the Court issued a Notice to Parties: ADA Disability Access Litigation that directed Plaintiff to serve three documents on the defendant(s) and file with the Court a proof of service indicating that the Notice to Parties and the attached Application for Stay and Early Mediation were served. (*See* Doc. 9). To date, the Court has not received the proof of service.

　　Accordingly, the Court orders Plaintiff show cause why the Court should not dismiss this matter and/or issue sanctions for the failure to file timely the referenced document. No later than **October 18, 2017,** counsel shall file the document and a separate written response explaining their disregard of the Court's Order.

　　　　　　　　　　　　　　　　　　　　　　　Initials of Preparer: tg